UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOUIS RIVAS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No.  SA-19-CV-75-XR |
| | § | |
| LJUS CONCEPTS, LLC, and BRIAN SCHOEMAN, | § | |
| | § | |
| *Defendants*. | § | |

**FINAL DEFAULT JUDGMENT**

This action was considered by the Honorable Judge Xavier Rodriguez on a motion for default judgment, and the following decision was reached:

It is ORDERED and ADJUDGED that Plaintiff LOUIS RIVAS recover from Defendants LJUS CONCEPTS, LLC, and BRIAN SCHOEMAN, jointly and severally, the amount of $3,918.75 in compensatory damages, $3,918.75 in liquidated damages, $1,892.50 in attorney's fees, and $585.00 in costs and expenses. Post-judgment interest shall accrue at the rate of 2.34%. Plaintiffs are awarded costs of court and shall file a bill of costs in accordance with the local rules.

It is so ORDERED.

SIGNED this 3rd day of June, 2019.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE